**FILED**

JUN - 2 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:21CR00352 RLW/PLC** |
| CHARLES MORGAN, | ) ) ) |
| Defendant. | ) ) |

### INDICTMENT

The Grand Jury charges that:

From at least as early as on or about December 1, 2018, continuing until on or about December 1, 2019, within the Eastern District of Missouri, the defendant,

**CHARLES MORGAN,**

knowingly and willfully did embezzle, steal, purloin, or knowingly convert to his use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $52,423.00 in the form of VA Disability Compensation benefit payments, creating a total loss to the government in excess of $1,000.00.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney